**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/24/2020___
```

**A.B. et al.,**

                                          **Plaintiffs,**

                 **-against-**

**New York City Department Of Education,**

                                          **Defendant.**

**1:20-cv-03129 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        The parties are directed to appear for a Telephone Conference in this action on Thursday,

July 23, 2020 at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-

0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
              June 24, 2020

              _____
              STEWART D. AARON
              United States Magistrate Judge