```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. et al.,

                           Plaintiffs,

-against-

New York City Department Of Education,

                           Defendant.

1:20-cv-03129 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a Telephone Conference with the parties, it is hereby Ordered that, no later than Friday, August 28, 2020, the parties shall file a joint letter regarding the status of any payment to Plaintiffs for the outstanding April 2020 invoice, and any additional invoices for the 2019-2020 school year that have been received by Defendant as of the date of the parties' letter.

**SO ORDERED.**

DATED:      New York, New York
                July 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge