```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. et al.,

                                **Plaintiffs,**

-against-

New York City Department Of Education,

                                **Defendant.**

1:20-cv-03129 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a Telephone Conference, during which only Plaintiffs appeared, it is hereby Ordered that, no later than Thursday, October 15, 2020, the parties shall file a joint letter regarding the status of any remaining payments to Plaintiffs for the 2019-2020 school year. In addition, the parties shall advise the Court as to whether they have reached a resolution regarding Plaintiffs' attorneys' fees and, if not, set forth a proposed briefing schedule.

**SO ORDERED.**

DATED:    New York, New York
                September 24, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge