**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 10/22/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

A.B. et al.,

Plaintiffs,

-against-

New York City Department Of Education,

Defendant.

1:20-cv-03129 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a Telephone Conference with the parties, it is hereby Ordered as follows:

1.  No later than November 24, 2020, Defendant shall make an offer to Plaintiffs to settle the dispute regarding attorneys' fees.

2.  The Court will hold a telephonic settlement conference on December 1, 2020 at 2:30 p.m. The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

3.  Thereafter, if the fee dispute is not resolved, the Court will set a schedule for Plaintiffs to file a motion for summary judgment.

**SO ORDERED.**

DATED:      New York, New York
            October 22, 2020

_____
STEWART D. AARON
United States Magistrate Judge