UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. et al.,

                        Plaintiffs,

-against-

New York City Department Of Education,

                        Defendant.



1:20-cv-03129 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. No later than January 15, 2021, Plaintiffs shall file their motion for attorneys' fees.

2. No later than February 15, 2021, Defendant shall file its opposition.

3. No later than February 26, 2021, Plaintiffs shall file their reply.

4. No later than March 1, 2021, the parties shall submit a joint letter indicating whether they wish to have oral argument.

**SO ORDERED.**

DATED:    New York, New York
                December 1, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge