```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B. et al.,

                              Plaintiffs,

-against-

New York City Department Of Education,

                              Defendant.

1:20-cv-03129 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference held with the parties this morning, the Court hereby Orders as follows: No later than Friday, March 26, 2021, Defendant shall either (a) inform the Court that it agrees to pay Plaintiffs $450.00 in settlement of Plaintiffs' claim for expenses; or (b) file an opposition to Plaintiffs' Letter Motion filed at ECF Nos. 51, 53. If Defendant files an opposition, any reply from Plaintiffs shall be filed no later than Monday, March 29, 2021.

SO ORDERED.

Dated:     New York, New York
             March 24, 2021

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge