

**THE CITY OF NEW YORK**

**JAMES E. JOHNSON**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**LILLIAN P. WESLEY**
*Assistant Corporation Counsel*
Office: (212) 356-2079
Cell: (646) 951-1335
Email: lwesley@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021

March 25, 2021

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

ENDORSEMENT: Request GRANTED. Plaintiffs' Letter Motion for Conference (ECF Nos. 51, 53) is DENIED AS MOOT. Plaintiffs' Letter Motion to Seal Plaintiffs' names (ECF No. 52) is GRANTED. SO ORDERED.

Dated: March 26, 2021

Re: *A.B. et al. v. N.Y.C. Dep't of Educ.*,
20 CV 3129 (SDA)

Dear Judge Aaron,

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel James E. Johnson, and attorney assigned to represent the Defendant New York City Department of Education ("Department") in the above-referenced case. I write in response to Your Honor's Order dated March 24, 2021, ECF No. 54.

Please be advised that the parties have reached an agreement to resolve Plaintiffs' remaining claim for expenses for $450.00. The parties respectfully request that they be given until April 2, 2021 to file a stipulation of settlement and discontinuance.

I thank the Court for its consideration of this matter.

Respectfully submitted,

*/s Lillian P. Wesley*
Lillian P. Wesley
Assistant Corporation Counsel

cc: Tracey Spencer Walsh (via ECF)
*Attorney for Plaintiffs*